# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 30, 2007

Clifford W. Taylor,
Chief Justice

133864

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

GOODLAND TOWNSHIP,
     Plaintiff-Appellee,

v

                           SC: 133864
                           COA: 272900
                           Lapeer CC: 06-037129-AV
                           71-A  DC: 02-001287, 02-002137

MICHAEL ROY WYCKSTANDT,
     Defendant-Appellant.

_____/

       On order of the Court, the application for leave to appeal the March 28, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



       I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 30, 2007

s0723

_____
Clerk